# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

QUEENS SYNDICATE COMPANY, )
ET AL., )
    Plaintiffs )
)
                v. ) 08-CV-30095-MAP
)
SHELLY HERMAN, )
    Defendant )

## ORDER
### November 29, 2010

**PONSOR, D.J.**

Pursuant to a motion apparently filed before the Court of Appeals for the First Circuit, Plaintiffs filed an amended complaint in this case on October 18, 2010. No answer or other responsive pleading has since been filed by Defendant, and the case still appears to be on appeal before the First Circuit.

Nevertheless, the status of the case is confusing. For this reason, counsel for Plaintiffs is hereby ordered to file, on or before December 17, 2010, a written report describing the status of the case. The report shall address the questions of whether the case is still on appeal, whether Defendant will be filing a responsive pleading, or whether the filing of the amended complaint in effect returns the case to this court.

The status report may also suggest a schedule for further

proceedings before this court if that is appropriate.

It is So Ordered.

                                            <u>/s/ Michael A. Ponsor</u>
                                           **MICHAEL A. PONSOR**
                                           **United States District Judge**